503 F. 2d 563

GLENSIDE STEEL COMPANY, GERRY SCHMITT AND COMPANY *v.* THE UNITED STATES (CA 74–18, C.A.D. 1133)

United States Court of Customs and Patent Appeals, October 17, 1974

*David Elliott* (Barnes, Richardson & Colburn) attorneys of record, for appellants. *Irving Levine* and *Hadley S. King*, of counsel.

*Carla A. Hills*, Assistant Attorney General, *Andrew P. Vance*, Chief, Customs Section, *James Caffentzis* and *Robert Masters* for the United States.

[Oral argument October 2, 1974, by Mr. Elliott and Mr. Masters]

Before MARKEY, *Chief Judge,* RICH, BALDWIN, LANE and MILLER, *Associate Judges*

PER CURIAM.

This appeal is from the judgment of the United States Customs Court, 71 Cust. Ct. 23, C.D. 4466, 364 F. Supp. 1398 (1973). The court held that plaintiffs (appellants here) had failed to overcome the presumption of correctness attaching to the appraisement of the salvaged steel, and that plaintiffs had failed to prove that their claimed values were correct.

After a thorough consideration of the record, of the briefs, and of the oral arguments, we have concluded that we are in full agreement with the opinion of the Customs Court, and we adopt it as our own. The judgment is *affirmed.*